GARY M. RESTAINO
United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant U.S. Attorney
Georgia Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Jun 06 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Tammie Ann Welter,
  aka Tammie Ann Court,

    Defendant.

No. CR-23-00877-PHX-ASB

**INFORMATION**

VIO: 18 U.S.C. §§ 704(b) and 704(d)
    (Military medals or decorations)

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES**:

That from on or about August 22, 2014, through on or about February 9, 2020, in the District of Arizona, Defendant TAMMIE ANN WELTER, with intent to obtain money, property, or other tangible benefit, fraudulently held herself out to be a recipient of a decoration or medal, to wit: a Purple Heart.

In violation of Title 18, United States Code, Sections 704(b) and 704(d), a class A misdemeanor.

Dated this 1st day of June, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ signature*

COLEEN SCHOCH
Assistant U.S. Attorney

- 10 -